No. 83–81.   MAIORANO *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 83–82.   GOLDBERG *v.* WOODCREST NURSING HOME ET AL. C. A. 2d Cir.   Certiorari denied.

No. 83–83.   ALVAREZ *v.* TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 83–85.   EASTERN FOODS, INC. *v.* R. C. MCENTIRE & CO. C. A. 4th Cir.   Certiorari denied.

No. 83–88.   MCDONNELL DOUGLAS CORP. *v.* NORTHROP CORP. C. A. 9th Cir.   Certiorari denied.

No. 83–92.   LARSEN *v.* KIRKHAM ET AL.   C. A. 10th Cir. Certiorari denied.

No. 83–93.   GEE *v.* FUNG ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 83–94.   S.S. NANCY LYKES ET AL. *v.* GENERAL ELECTRIC CO., INTERNATIONAL SALES DIVISION.   C. A. 2d Cir.   Certiorari denied.

No. 83–98.   HUMPHREY *v.* CITY OF SHREVEPORT ET AL. C. A. 5th Cir.   Certiorari denied.

No. 83–99.   VARKONYI, INDIVIDUALLY, AND DBA METAL RE-CYCLING CO. *v.* DONOVAN, SECRETARY OF LABOR.   C. A. 5th Cir.   Certiorari denied.

No. 83–100.   CIANCAGLINI ET AL. *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 83–102.   GRENADA BANK, DBA COAHOMA BANK *v.* WILLEY ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 83–104.   TANGO *v.* NEW JERSEY.   Super. Ct. N. J., App. Div.   Certiorari denied.

No. 83–105.   WAGMAN *v.* LEE.   Ct. App. D. C.   Certiorari denied.